22-MJ-03273-Damian

AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

FILED BY____mml____D.C.
Jul 27, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

RECEIVED
U.S. MARSHALS SERVICE
2022 JUL 14 AM 11:32
TUCSON
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
|  | ) Case No. CR-22-01545-001-TUC-RM (EJM) |
|  | ) |
|  | ) |
|  | ) |
| Aaron Thomas Mitchell | ) |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*  Aaron Thomas Mitchell          ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:1201(a)(1) and (g) Kidnapping of a Minor(1)

City and state:  Tucson, Arizona

ISSUED ON 10:53 am, Jul 14, 2022
s/ Debra D. Lucas, Clerk

*Issuing officer's signature*

D. Curiel, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |

Date: _____

                                        *Arresting officer's signature*

                                        *Printed name and title*

cc: AUSA; PTS; USMS

GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
Assistant U.S. Attorney
AEJEAN CHA
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Carin.Duryee@usdoj.gov
       AeJean.Cha@usdoj.gov
Attorneys for Plaintiff

FILED

2022 JUL 13 PM 3:17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01545 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Aaron Thomas Mitchell,

    Defendant.

**INDICTMENT**

Violation:

18 U.S.C. §§ 1201(a)(1) and (g)
(Kidnapping of a Minor)

**(UNDER SEAL)**

VICTIM CASE

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 25, 2022, in the District of Arizona, the defendant, AARON THOMAS MITCHELL, did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold for ransom and reward and otherwise a person, a minor victim. In the commission and in furtherance of the offense, the minor victim was willfully transported in interstate and foreign commerce, the defendant traveled in interstate and foreign commerce, and used any means, facility, and instrumentality of interstate and foreign commerce, to wit: a vehicle. At the time of the offense, the minor victim had not attained the age of 18 years, and the defendant had attained such age and is not a parent,

/ / /

/ / /

grandparent, brother, sister, an aunt, an uncle, and an individual having legal custody of the minor victim. All in violation of Title 18, United State Code, Sections 1201(a)(1) and (g).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: July 13, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

CARIN C. DURYEE
Assistant U.S. Attorney

*United States of America v. Aaron Thomas Mitchell*
*Indictment Page 2 of 2*