# MINUTE ORDER

Page 7

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor     Date: 7/27/2022    Time: 1:30 p.m.

Defendant: AARON THOMAS MITCHELL    J#: 13040-510    Case #: 22-MJ-03273-DAMIAN (SEALED)

AUSA: *Maria Catala*     Attorney: *AFPD, Andrew Jacobs*

Violation: DT-AZ/WARR/IND/KIDNAPPING A MINOR    Surr/Arrest Date: 7/27/2022    YOB: 1994

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Dft advised of rights + charges
Dft sworn + consents to VTC
Case Unsealed
Dft has private Counsel in Dist. of AZ. Attorney Dan Raynak appeared on limited basis for today's initial only.
- AFPD appointed for Removal only
Temp PTD

Brady Order given

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

~~Report RE Counsel:~~

PTD/Bond Hearing: 8/1/22 @ 10:00 a.m. Duty Miami

Prelim/Arraign or Removal: 8/1/22

Status Conference RE:

D.A.R. 13:45:00 / 14:46:41    Time in Court: 30 mins

s/Melissa Damian      Magistrate Judge