UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-3273-MJ-DAMIAN

UNITED STATES OF AMERICA

v.

AARON THOMAS MITCHELL,

    **Defendant.**
_____/

## NOTICE OF APPEARANCE

The United States of America hereby gives notice of the appearance of Frank H. Tamen as counsel for the United States in this case. Previous counsels for the government are no longer assigned to this case.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   s/ Frank H. Tamen
FRANK H. TAMEN
Assistant United States Attorney
Florida Bar No. 0261289
99 NE 4th Street, Ste. 700
Miami, Florida 33132
Tel: (305) 961-9022
Fax: (305) 536-7213
Frank.Tamen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ Frank H. Tamen
Frank H. Tamen
Special Assistant U. S. Attorney