## RECEIPT FOR COLLATERAL DEPOSITED

AMERICAN SURETY COMPANY
P.O. Box 68932
Indianapolis, Indiana 46268
1-800-969-1827

Power # AS250 [redacted]
No. 311036
This 4th day of MAY 20 22
Received of THOMASENA JOHNSON MITCHELL [redacted]
Name of Depositor     Address

As security for the execution of Bail Bond written in the sum of $ 200,000.00
on behalf of defendant AARON MITCHELL
collateral D of T, PROM NOTE  CONDITIONS  the following described

AGENCY AAA So AZ BONDING  BY Linda Holifield

Said Collateral is deposited as security for the payment of any sums which may become due to the Agency or the "Surety" by the terms of the Bail Bond Agreement executed by the said Defendant and indemnitors, all of the terms of which are made a part of his receipt by this reference.

IMPORTANT! American Surety Company accepts, will be responsible for, and authorizes its representatives to accept only specific forms of collateral as security.
THIS ACCEPTABLE COLLATERAL IS LIMITED TO:
1. CASH including cashier's checks, money orders and certified checks;
2. Properly assigned SAVINGS ACCOUNTS represented and by passbooks, or properly assigned CERTIFICATES OF DEPOSIT;
3. Properly assigned STOCKS AND BONDS;
4. REAL ESTATE evidenced by properly executed mortgages, deeds of trust or confessions of judgement in accordance with applicable state law.

IMPORTANT! This collateral security receipt and agreement should not be used except in conjunction with acceptable collateral. Representatives are not authorized to accept and American Surety Company is not responsible for any type or form of collateral other than collateral enumerated above.

Above conditions are agreed to:

_Thomasena John Mitchell_
Depositor

_____
Depositor

_____
Address

_____
Address

### RECEIPT FOR RETURN OF COLLATERAL
Date: _____ 20 ___
The above described bond having been exonerated, the return of the collateral deposited is requested and receipt of same is hereby acknowledged.

Returned by: _____
Depositor
_____
Depositor

THIS IS NOT A NEGOTIABLE INSTRUMENT

ASC-CA-3   White - Original Depositor's Copy
Yellow - Company's Copy
Pink - File Copy
Goldenrod - Agent's Copy

American Surety Company

---

AMERICAN SURETY COMPANY
P.O. Box 68932
Indianapolis, Indiana 46268
1-317-875-8700

## RECEIPT AND STATEMENT OF CHARGES

Receipt No. _____
Received of
Date 5-4-22
SAMUEL MITCHELL
Name
[redacted]
Premium $ 20,000.00

Expenses (itemize in detail, such as Guard Fees, Recording Fees, Notary Fees, Long Distance Calls, Telegrams, Travel and other actual, unusual expenses, where permitted by law.)
$ _____
$ _____
$ _____
$ _____
$ _____
$ _____

TOTAL CHARGES $ 20,000.00
Received on Account $ 20,000.00
Balance $ 0

Was Collateral taken? (YES) (NO)
If Yes, Collateral Receipt No. 311036

NAME AND ADDRESS OF BAIL BOND AGENCY
AAA So AZ BONDING SVC BISBEE, AZ 85603
By Linda Holifield

MEMORANDUM OF BAIL BOND FURNISHED
Defendant AARON MITCHELL
Bond No. AS250 103930   Bond Amt. $ 200,000.00
SSN [redacted]   DOB 9-7-94
Charge ARS 13-1406A, 13-1304A3, 13-2310A
13-1404A  13-1412  13-2409  13-3554A
Date Filed 5-4-22   Date Released 5-4-22   Time ___ A.M./P.M.
Date to Appear TBS
Case No. CR 2022-00319
Court SUPERIOR   City BISBEE
Received Copy of above receipt and memo
Indemnitors Signature _____

ASC-CA-2   WHITE - ORIGINAL COPY
CANARY - COMPANY'S COPY
PINK - AGENT'S COPY

Thank You

EX. A