FILED
2022 MAY 17 PM 3:31
AMY HURLEY
CLERK OF SUPERIOR COURT
BY ____ DEPUTY

Emanuel
5.27.22
BH

**Daniel R. Raynak, P.C.**
Daniel R. Raynak, No. 10098
2601 North 16th Street
Phoenix, Arizona 85006
Telephone (602) 992-7776
Facsimile (602) 992-7646
dan@raynaklaw.com
***Attorney for Defendant***

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF COCHISE

| | |
|---|---|
| STATE OF ARIZONA, | Case No.: CR202200319 |
| **Plaintiff,** | |
| vs. | **ORDER** |
| AARON MITCHELL, | *(Honorable Laura Cardinal)* |
| **Defendant.** | |

**IT IS HEREBY ORDERED**, good cause shown, with no objection by the State, that Defendant's release conditions be modified as follows: He can leave the State to live with his parents in Florida but must maintain electronic monitoring. Defendant must submit to previously ordered laboratory testing prior to leaving for Florida.

DATED this 17th day of May, 2022.

_____
Honorable Laura Cardinal
Superior Court Judge

EX. C